**CHICAGO MILL & LUMBER CORPORATION, et al., Appellant, v. Lamar WILLIAMSON.**

No. 9451.

Circuit Court of Appeals, Eighth Circuit.

Feb. 26, 1932.

C. M. Buck, of Blytheville, Ark., for appellants.

Lamar Williamson, Adrian Williamson, and J. G. Williamson, all of Monticello, Ark., for appellee.

1074

PER CURIAM.

Appeal docketed and dismissed at costs of appellants, on motion of appellee, under Rule 16.